UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MARISOL RODRÍGUEZ-DÍAZ, et al.,

    Plaintiffs,

    v.

SEGUROS TRIPLE-S, INC. and
JAVIER J. RODRÍGUEZ-BECERRA,

    Defendants.

Civil No. 08-1886 (JAF)

**O R D E R**

Plaintiffs, Marisol Rodríguez-Díaz and José Rafael Ferreras-Durán, timely move under Federal Rule of Civil Procedure 59(e) for reconsideration of our Opinion and Order dated September 22, 2009 (Docket No. 28), which granted Defendants' motion for summary judgment (Docket No. 16). (Docket No. 29.)

Pursuant to Federal Rule of Civil Procedure 59(e), we entertain motions for reconsideration to (1) correct manifest errors of law or fact; (2) consider newly-discovered evidence; (3) incorporate an intervening change in the law; or (4) otherwise prevent manifest injustice. See Marie v. Allied Home Mortgage Corp., 402 F.3d 1, 7 n.2 (1st Cir. 2005) (citing 11 Charles Allen Wright, Arthur R. Miller & Mary Kay Kane, Federal Practice and Procedure § 2810.1 (2d ed. 1995)).

Civil No. 08-1886 (JAF)                                                      -2-

Plaintiffs have made no showing, nor do we find, that any such circumstances are present here. Plaintiffs merely reassert arguments from their response to Defendants' motion for summary judgment (Docket No. 21), none of which negate the basis for our prior decision, that they were required to adduce expert testimony and failed to do so (see Docket No. 28 At 6-7). (Docket No. 29.) We note for the sake of clarity that said failure was the dispositive finding in our original decision (Docket No. 28); their argument that Defendant Javier J. Rodríguez-Becerra actually did not conduct differential diagnosis is irrelevant to both our original decision and this order. In sum, we find no basis under Rule 59(e) on which to reconsider our original opinion.

We hereby **DENY** Plaintiffs' motion for reconsideration (Docket No. 29).

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 13th day of October, 2009.

                                        s/José Antonio Fusté
                                        JOSE ANTONIO FUSTE
                                        Chief U.S. District Judge